

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00350-CR
### NO. 02-17-00351-CR

DEMARIO RESHOD TALLEY AKA DEMARIO TALLEY                    APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY
TRIAL COURT NOS. 1507524D, 1507525D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Demario Reshod Talley a/k/a Demario Talley attempts to appeal from his convictions for possession with intent to deliver a controlled substance of four grams or more, but less than 200 grams, namely:  methamphetamine and for unlawful possession of a firearm.  *See* Tex. Health & Safety Code Ann.

---

[1]*See* Tex. R. App. P. 47.4.

§ 481.112(d) (West 2017); Tex. Penal Code Ann. § 46.04(a) (West 2011). In each case, Talley pleaded guilty pursuant to a plea bargain, and in accordance with the plea bargain, the trial court sentenced him to five years' confinement and ordered the sentences to run concurrently. The trial court's certification in each case states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On October 31, 2017, and on November 17, 2017, we notified Talley that his appeals could be dismissed based on the trial court's certifications unless he or any party desiring to continue the appeals filed a response on or before November 27, 2017, showing grounds for continuing the appeals. *See* Tex. R. App. P. 25.2(d), 44.3. The response Talley filed does not show grounds for continuing the appeals.

In accordance with the trial court's certifications, we therefore dismiss these appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: January 18, 2018